**Petition for Writ of Mandamus Denied and Opinion filed December 5, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00940-CV**

---

**In re R.J., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-37155**

---

## MEMORANDUM OPINION

On Friday, November 22, 2019, relator R.J. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. The petition does not challenge any order, judgment or ruling by the Honorable Gloria E. Lopez, presiding judge of the 308th District Court of Harris County and no order was attached to the petition for writ of mandamus.

We deny the petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.